```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 32922
  STACY SANSONE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
  SSN XXX-XX-7385

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/03/2004 and was confirmed 10/28/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 10/22/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED NOT I     1744.16          .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE    18167.00          .00       18167.00
LITTON LOAN SERVICING      NOTICE ONLY      NOT FILED         .00            .00
LITTON LOAN SERVICING      CURRENT MORTG         .00          .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER    NOT FILED         .00            .00
NICOR GAS                  UNSEC W/INTER      228.54        26.16         228.54
RIVERSIDE MEDICAL SC       UNSEC W/INTER      516.20        56.95         516.20
SUBURBAN ENDOCRINOLOGY &   UNSEC W/INTER      138.00        15.84         138.00
PROVIDIAN                  UNSEC W/INTER    NOT FILED         .00            .00
PROVIDIAN                  UNSEC W/INTER    NOT FILED         .00            .00
NCM TRUST                  UNSEC W/INTER      559.07        62.14         559.07
RESURGENCE FINANCIAL LLC   FILED LATE        2076.87          .00            .00
JOSEPH WROBEL              DEBTOR ATTY       2,494.00                    2,494.00
TOM VAUGHN                 TRUSTEE                                       1,287.56
DEBTOR REFUND              REFUND                                             .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               23,551.46

PRIORITY                                         .00
SECURED                                    18,167.00
UNSECURED                                   1,441.81
    INTEREST                                  161.09
ADMINISTRATIVE                              2,494.00
TRUSTEE COMPENSATION                        1,287.56
DEBTOR REFUND                                    .00
                      -------------       -------------
TOTALS                23,551.46            23,551.46

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 32922 STACY SANSONE
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 01/28/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE